IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lewis, Delores J | Case Number:  07 B 01498 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/15/08 | Filed:  1/29/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 3, 2008
Confirmed: May 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,310.00 | |
| Secured: | | 980.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,205.27 |
| Trustee Fee: | | 124.73 |
| Other Funds: | | 0.00 |
| Totals: | 2,310.00 | 2,310.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 1,964.50 | 1,205.27 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 1,689.11 | 630.00 |
| 4. | Cook County Treasurer | Secured | 1,768.47 | 350.00 |
| 5. | Washington Mutual Bank FA | Secured | 9,647.92 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 2,001.36 | 0.00 |
| 7. | Capital One | Unsecured | 833.09 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 390.14 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 217.57 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 126.71 | 0.00 |
| 11. | Midnight Velvet | Unsecured | 220.03 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 870.18 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 512.61 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 285.93 | 0.00 |
| 15. | Cook County Treasurer | Unsecured | 1,636.19 | 0.00 |
| 16. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 17. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 18. | Chadwicks Of Boston | Unsecured | | No Claim Filed |
| 19. | Medical Collections | Unsecured | | No Claim Filed |
| 20. | Fingerhut | Unsecured | | No Claim Filed |
| 21. | Home Depot | Unsecured | | No Claim Filed |
| 22. | Gomberg Shorfman Goidf Ostler PC | Unsecured | | No Claim Filed |
| 23. | ICS | Unsecured | | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 25. | Spiegel | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lewis, Delores J | Case Number: 07 B 01498 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 4/15/08 | Filed: 1/29/07 |

| 26. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 27. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 28. | American General Finance | Unsecured | | No Claim Filed |

                                       _____            _____

                                       $ 22,163.81         $ 2,185.27

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 124.73 |
| | _____ |
| | $ 124.73 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

       Marilyn O. Marshall, Trustee, by:

